UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
FIREMAN'S FUND INSURANCE CO., as        :
subrogee of KHOURY, INC.,                       Case No.:
                                        :
                Plaintiff,              RULE 7.1 STATEMENT
                                        :
        - against -
                                        :
JAPAN AIRLINES INTERNATIONAL
COMPANY, LTD.,                          :

                Defendant.              :
------------------------------------------------------------

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for JAPAN AIRLINES INTERNATIONAL COMPANY, LTD. ("JAL"), certify that the following are parent corporations or publicly held corporations that own more than 10% of stock of JAL:

   None

Dated: New York, New York
       October 31, 2007

                                        CLYDE & CO US LLP

                                        By: /s/ Andrew J. Harakas
                                            Andrew J. Harakas (AH 3515)
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, New York 10174
                                        (212) 710-3900

                                        Attorneys for Defendant
                                        JAPAN AIRLINES INTERNATIONAL
                                        COMPANY, LTD.