USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-24-08

Sand, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
FIREMAN'S FUND INSURANCE CO., as
subrogee of KHOURY, INC.,

           Plaintiff,

- against -

JAPAN AIRLINES INTERNATIONAL
COMPANY, LTD.,

           Defendant.
----------------------------------------x

AH-3515

Case No.: 07-CV-9690 (LBS) (JCF)

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for all parties to the above-entitled action that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that all claims asserted in the above-entitled action, between and against all of the parties be, and the same hereby are dismissed with prejudice and without costs to any party as against each other.

Dated: January 22, 2008

BADIAK & WILL, LLP

By_____
Alfred J. Will
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225

CLYDE & CO US LLP

By_____
Andrew J. Harakas (AH 3515)
Attorneys for Defendant
JAPAN AIRLINES INTERNATIONAL
COMPANY, LTD
405 Lexington Avenue
New York, New York 10174
(212) 710-3900

SO ORDERED:
_____
U.S.D.J.
1/24/08